OPINION — AG — ** JOINT TENANCY — REAL PROPERTY — PROCEDURE ** FORMS PROMULGATED UNDER 58 O.S. 912.1 [58-912.1] NEED 'NOT' BE USED BY PARTIES FOLLOWING THE PROCEDURE FOR TERMINATION OF JOINT TENANCY PRESCRIBED IN 58 O.S. 912 [58-912], TO THE EXCLUSION OF ANY OTHER FORMAT. (PROBATE PROCEDURE, HOMESTEAD, CERTIFICATE OF DEATH, AFFIDAVIT, JOINT TENANT, DEATH, TAX LIABILITY, COUNTY CLERKS) CITE: 58 O.S. 911 [58-911], 58 O.S. 912.1 [58-912.1], 60 O.S. 74 [60-74] (SUSAN AGOSTA)